# EXHIBIT A

71.92.65.184